STAMELL & SCHAGER, LLP
555 Fifth Avenue, 14th Floor
New York, NY  10017-9257
Richard J. Schager, Jr., Esq. (RS5875)
Andrew R. Goldenberg, Esq. (AG8213)

*Counsel for Appealing Parties Identified Below*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
| | | |
|---|---|---|
| In re | : | Chapter 11 Case No. |
| | : | |
| | : | 08-01420 (JMP) (SIPA) |
| LEHMAN BROTHERS INC., et al., | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

---------------------------------------------------------------X

## NOTICE OF APPEAL

Claimants appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §158(a) and Rule 8001 of the Federal Rules of Bankruptcy Procedure, from each and every part of the *Order Granting Certain Trustee's Objections to Employee Claims* [Dkt. # 11272] entered February 10, 2015 in the above-captioned case, including all judgments, decrees, decisions, rulings and/or opinions that merged into or became a part of the Order on which the Order was based.

The name of each appealing Claimant to the Order appealed from and the names, addresses and telephone numbers of each of their respective attorneys are as follows:

**[Page Intentionally Left Blank]**

| Appealing Parties' Names | Attorneys' Name, Address and Telephone Number |
|---|---|
| Paul Acerra, Maria Anagnostopoulos, Craig O. Benson, Paola Biraschi, David Brooks, Steven Christie, Neil Dubrow, Michael Thomas Engle, Dana Feller, Gregory Feller, Roberto Frazao, Paul Gasparro, Kenneth Kollar, Peter Kollydas, Craig Kornett, Karen Kreiger, Antoinette La Belle, John Laurino, Robert Lazarus, John D. Marzonie, Michael McCully, Sara Minsteris, Bridget O'Connor, Richard Peters, Michael Petrucelli, John Quattrocchi, Blayne Ross, Charles Rudnick, Patricia Salles, Gregg Somma, Nancy Stanton, Wendy Uvino, Michael Whang, Kathleen Ann Wojcik, Luigi Zeppetelli. | Stamell & Schager, LLP<br>555 Fifth Avenue, 14th Floor<br>New York, NY  10017<br>Tel.: (212) 566-4047<br>Richard J. Schager, Jr.<br>Andrew R. Goldenberg |

The names of appellees and the names, address and telephone number of their attorneys are as follows:

| | |
|---|---|
| Lehman Brothers Inc. | Hughes Hubbard & Reed LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Tel: (212) 837-6000<br>Facsimile: (212) 422-4726<br>James B. Kobak, Jr.<br>Christopher K. Kiplok<br>Meaghan C. Gragg<br>Jason E. Zakai<br>Karen M. Chau |

**[Page Intentionally Left Blank]**

Dated: New York, New York
February 23, 2015

STAMELL & SCHAGER, LLP

By: /s/ Richard J. Schager, Jr.
Richard J. Schager, Jr.
Andrew R. Goldenberg
555 Fifth Avenue, 14th Floor
New York, NY  10017
Tel.:  (212) 566-4047
Fax:  (212) 566-4061

*Counsel to Claimants:  Paul Acerra, Maria Anagnostopoulos, Craig O. Benson, Paola Biraschi, David Brooks, Steven Christie, Neil Dubrow, Michael Thomas Engle, Dana Feller, Gregory Feller, Roberto Frazao, Paul Gasparro, Kenneth Kollar,  Peter Kollydas, Craig Kornett, Karen Kreiger, Antoinette La Belle, John Laurino, Robert Lazarus,  John D. Marzonie, Michael McCully, Sara Minsteris, Bridget O'Connor, Richard Peters, Michael Petrucelli,  John Quattrocchi, Blayne Ross, Charles Rudnick, Patricia Salles, Gregg Somma, Nancy Stanton, Wendy Uvino, Michael Whang, Kathleen Ann Wojcik, Luigi Zeppetelli.*

3