# Hughes Hubbard

Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726
hugheshubbard.com

August 13, 2015

<u>VIA EMAIL</u>

The Honorable Analisa Torres
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

Re: <u>Accerra et al. v. Giddens (In re Lehman Brothers Inc.)</u>, 15-cv-01819-AT

Dear Judge Torres:

      I write on behalf of James W. Giddens, as trustee for the SIPA liquidation of Lehman Brothers Inc. In accordance with your individual practice rules, we write to request oral argument with regards to the above-captioned bankruptcy appeal.

Respectfully submitted,

Karen M. Chau

cc: Richard J. Schager, Jr., Esq.
    Andrew R. Goldenberg, Esq.